1
2
3
4                    UNITED STATES DISTRICT COURT
5                          DISTRICT OF NEVADA
6                                * * *
7   LINDSAY GAMBIT,                        Case No. 2:14-cv-00687-JCM-PAL
8                          Plaintiff,                   ORDER
9        v.
10  BELLAGIO, LLC, et al.,
11                        Defendants.

12          Before the court is Defendants/Counterclaimant's Status Report Regarding Settlement

13  (Dkt. #40).  The parties advise that a settlement has been reached between the parties and they

14  anticipate a stipulation to dismiss to be filed as soon as LVMPD releases the funds owed to

15  Bellagio.  Accordingly,

16          **IT IS ORDERED** that the parties shall file a Joint Status Report with the court by

17  **January 17, 2015,** and every thirty days thereafter, until the stipulation to dismiss is on file.

18          DATED this 22nd day of December, 2014.

19
20                                         _____
21                                         PEGGY A. LEEN
                                           UNITED STATES MAGISTRATE JUDGE
22
23
24
25
26
27
28
                                          1