1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LINDSAY GAMBIT, | Case No. 2:14-cv-00687-JCM-PAL |
| Plaintiff, | ORDER |
| v. | |
| BELLAGIO, LLC, et al., | |
| Defendants. | |

12    Before the court is Defendants/Counterclaimant's Status Report Regarding Settlement

13 (Dkt. #42) filed January 16, 2015.  The parties advise that this action has been resolved, and state

14 that the stipulation to dismiss will be filed after receipt of settlement funds which is anticipated

15 to be received within five days of the filing of the status report.  The court expects the parties to

16 be diligent in finalizing their agreement so that this matter may be timely closed.  Accordingly,

17    **IT IS ORDERED** that the parties shall have until **February 17, 2015,** to file either a

18 stipulation to dismiss or a joint status report advising the court when the stipulation to dismiss

19 will be filed.

20    DATED this 23rd day of January, 2015.

21
22
23    PEGGY A. LEEN
      UNITED STATES MAGISTRATE JUDGE
24
25
26
27
28